IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ETHEL H. TAYLOR**                                                                                    **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 3:11CV587-CWR-LRA**

**OTIS ELEVATOR COMPANY**                                                    **DEFENDANTS**

## LOCAL UNIFORM CIVIL RULE 7(b)(10) STATEMENT

Pursuant to L.U.Civ.R.7(b)(10) which states that all non-dispositive motions must advise the court whether there is opposition to the motion, Plaintiff Ethel H. Taylor, by and through undersigned counsel, states that Defendant Otis Elevator Company has advised her that it opposed the Plaintiff's Motion For Extension of Time To Complete Discovery prior to Plaintiff filing her Motion.

Dated: June 7, 2012                              Respectfully submitted,

/s/ Martin D. Perkins_____
Martin D. Perkins, MSB#103340
P.O. Box 16643
Jackson, MS 39236
Phone: (769) 251-1829
Fax: (769) 251-1835
Email: martindperkins@comcast.net

## CERTIFICATE OF SERVICE

I, Martin D. Perkins, attorney for Plaintiff, certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Roy A. Smith, Jr., Esq.
>David B. Strickland, III, Esq.
>Daniel Coker Horton and Bell, P.A.
>4400 Old Canton Road, Suite 400
>Post Office Box 1084
>Jackson, MS 39215-1084

On this the 7th day of June, 2012.

>*/s/Martin D. Perkins*_____
>Martin D. Perkins, MSB#103340
>P.O. Box 16643
>Jackson, MS 39236
>Phone:  (769) 251-1829
>Fax: (769) 251-1835
>Email: martindperkins@comcast.net